*E-FILED: July 2, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCITON, INC., | No. C13-01334 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO APPEAR** |
| v. | |
| CLARION MEDICAL TECHNOLOGIES, INC., | **ORDER RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. / | |

This matter was set for a July 2, 2013 initial case management conference. Although the parties submitted a Joint Case Management Statement, neither side appeared at the conference. Nor did anyone request a continuance. Accordingly, lead counsel for both sides shall appear in person before this court on **July 16, 2013, 1:30 p.m.** and show cause why they or their respective clients should not be sanctioned for their failure to appear. The initial case management conference is continued to **July 16, 2013, 1:30 p.m.** and will be held immediately following the show cause hearing.

SO ORDERED.

Dated: July 2, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-01334-HRL Notice has been electronically mailed to:

2  Emily Harris Gant    egant@omwlaw.com, sbordeaux@omwlaw.com

3  Thomas William Burch , III    tburch@dehay.com, acraig@dehay.com, Co'brien@semmes.com, msylvester@semmes.com, MTrasatti@semmes.com, reskin@semmes.com

2