*E-FILED: July 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCITON, INC., | No. C13-01334 HRL |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CLARION MEDICAL TECHNOLOGIES, INC., | |
| Defendant. | |

Based upon the parties' response to the court's July 2, 2013 order to show cause, as well as the discussion at the show cause hearing, the court hereby discharges its order to show cause.

SO ORDERED.

Dated: July 16, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-01334-HRL Notice has been electronically mailed to:

2  Amber R. Craig    acraig@dehay.com

3  Emily Harris Gant    egant@omwlaw.com, sbordeaux@omwlaw.com

4  Thomas William Burch , III    tburch@dehay.com, acraig@dehay.com, Co'brien@semmes.com, msylvester@semmes.com, MTrasatti@semmes.com, reskin@semmes.com

**United States District Court**
For the Northern District of California