Todd C. Theodora, Esq. (State Bar No. 120426)
TTheodora@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California  92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Allan L. Schare, Esq. (State Bar No. 126305)
ASchare@tocounsel.com
THEODORA ORINGHER PC
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California  90024
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Defendant
CLARION MEDICAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCITON, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CLARION MEDICAL TECHNOLOGIES, INC., AND DOES 1 - 100, inclusive, <br><br> Defendant. | Case No. C13-1334 HRL ADR <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CLARION MEDICAL TECHNOLOGIES, INC. AND [PROPOSED] ORDER** <br><br> [Re:  Dkt. No. 40] |

PLEASE TAKE NOTICE that Defendant CLARION MEDICAL TECHNOLOGIES, INC. (hereinafter "Defendant") has retained Theodora Oringher PC to substitute as counsel for Ogden Murphy Wallace, PLLC and LeClairRyan in the above-captioned matter.

Withdrawing counsel for Defendant are:

| | |
|---|---|
| 1 | Emily Harris Gant (WSBN 35679) |
| 2 | Ogden Murphy Wallace, PLLC |
|   | 901 5th Avenue, Suite 3500 |
| 3 | Seattle, WA 98164 |
|   | Telephone: (206) 447-7204 |
| 4 | Facsimile: (206) 447-0215 |
| 5 | E-Mail: egant@omwlaw.com |

6    And

7    Brian T. Hafter (CSBN: 173151)
    LeClairRyan
8    44 Montgomery Street, 18th Fl.
9    San Francisco, CA 94104
    Telephone: (415) 913-4927
10   Facsimile: (415) 391-8766
11   E-Mail: brian.hafter@leclairryan.com

12   With this substitution, all pleadings, orders and notices should henceforth be
13   served upon the following substituted counsel for Defendant:

14   Todd C. Theodora (CSBN: 120426)
15   Theodora Oringher PC
    535 Anton Boulevard, 9th Fl.
16   Costa Mesa, California 92626
17   Telephone: (714) 549-6200
    Facsimile: (714) 549-6201
18   E-Mail: ttheodora@tocounsel.com

19   And

20   Allan L. Schare, Esq. (State Bar No. 126305)
21   THEODORA ORINGHER PC
    10880 Wilshire Boulevard, Suite 1700
22   Los Angeles, California 90024
23   Telephone: (310) 557-2009
    Facsimile: (310) 551-0283
24   E-Mail: aschare@tocounsel.com

25

26

27

28

The undersigned consent to the above withdrawal and substitution of counsel.

DATED: April 2, 2014                CLARION MEDICAL TECHNOLOGIES, INC.


By:  */S/ Samson Ling*
    Samson Ling
    Its:  President


DATED: April 2, 2014                OGDEN MURPHY WALLACE, PLLC


By:  */S/ Emily Harris Gant*
    Emily Harris Gant
    Former attorneys for CLARION MEDICAL TECHNOLOGIES, INC.


DATED: April 2, 2014                LECLAIRRYAN


By:  */S/ Brian T. Hafter*
    Brian T. Hafter
    Former attorneys for CLARION MEDICAL TECHNOLOGIES, INC.


DATED: April 2, 2014                THEODORA ORINGHER PC


By:  */S/ Todd C. Theodora*
    Todd C. Theodora
    Substitute Attorneys for CLARION MEDICAL TECHNOLOGIES, INC.

1  DATED: April 2, 2014                    THEODORA ORINGHER PC

                                           By:  /S/ Allan L. Schare
                                                Allan L. Schare
                                                Substitute Attorneys for CLARION
                                                MEDICAL TECHNOLOGIES, INC.

     I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: April 2, 2014                       THEODORA ORINGHER PC

                                           By:  /S/ Todd C. Theodora
                                                Todd C. Theodora
                                                Substitute Attorneys for CLARION
                                                MEDICAL TECHNOLOGIES, INC.

## ORDER

IT IS SO ORDERED.

Date: April 3, 2014                        _____
                                           MAGISTRATE JUDGE HOWARD R. LLOYD