THOMAS W. BURCH, III (SBN 257917)
tburch@dehay.com
AMBER R. CRAIG (SBN 268421)
acraig@dehay.com
DEHAY & ELLISTON, L.L.P.
1111 Broadway, Suite 1950
Oakland, CA 94607
Telephone:     (510) 285-0750
Facsimile:     (510) 285-0740

ROBERT E. SCOTT, JR.
(admitted *pro hac vice* on July 25, 2013)
rscott@semmes.com
MARISA A. TRASATTI
(admitted *pro hac vice* on July 24, 2013)
mtrasatti@semmes.com
SEMMES, BOWEN & SEMMES
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Telephone:     (410) 539-5040
Facsimile:     (410) 539-5223

Attorneys for Plaintiff/Counter-Defendant,
SCITON, INC.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SCITON, INC., | Civil Action No.: C13-1334 HRL ADR<br>Magistrate Judge Howard Lloyd |
| Plaintiff/Counter-Defendant, | |
| v. | STATUS REPORT AND STIPULATION RE DISMISSAL;   ~~[PROPOSED]~~   ORDER THEREON |
| CLARION MEDICAL TECHNOLOGIES INC., and DOES 1-100, inclusive, | [Fed. R. Civ. P 41(a)(2)] |
| Defendant/Counter-Plaintiff. | [Re: Dkt. 47] |

COME NOW Plaintiff Sciton, Inc. (hereinafter "Sciton") and Defendant Clarion Medical Technologies, Inc. (hereinafter "Clarion") (collectively, the "Parties"), by and through their attorneys of record, and in accordance with the Order of this Court dated November 25, 2014 (ECF No. 45), hereby file this Status Report and Stipulation re Dismissal, and state as follows:

1     1.    The Parties participated in a binding arbitration/mediation (hereinafter "Arb/Med")

2  on January 22, 2015 through January 23, 2015, in order to resolve this matter.

3     2.    On January 23, 2015, the Parties reached a settlement in principle which fully and

4  finally disposed of all claims and counterclaims asserted by the Parties in this action.

5     3.    The Parties are in the process of circulating closing papers and effectuating the

6  terms of the settlement agreement.

7     4.    Certain material terms of the settlement agreement will not be fully effectuated

8  until April 23, 2015, and therefore the Parties request that this case be dismissed now without

9  prejudice to the right of either Sciton or Clarion to move for good cause within 90 days to reopen

10  this action solely to seek further appropriate relief to enforce the terms of the settlement if the

11  settlement is not consummated.  The Parties stipulate and agree that if no party moves to reopen

12  this case within 90 days, the dismissal shall automatically be deemed to be with prejudice.

13     5.    Counsel has conferred and all Parties have stipulated to the requested relief.

14     WHEREFORE, the Parties respectfully request that this Court enter an order dismissing

15  this case without prejudice for either Sciton or Clarion to move for good cause within 90 days to

16  reopen this action solely to seek further appropriate relief to enforce the terms of the settlement if

17  the settlement is not consummated, as set forth above.

18     A proposed Order is attached.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*STATUS REPORT AND STIPULATION RE DISMISSAL; ORDER THEREON*

1

Dated:  January 27, 2015                          DEHAY & ELLISTON LLP

2

3                                                By:  //ss// Thomas W. Burch, III
                                                      THOMAS W. BURCH, III
4                                                     AMBER R. CRAIG

5                                                SEMMES, BOWEN & SEMMES

6

7                                                By:  //ss// Robert E. Scott
8                                                     ROBERT E. SCOTT, JR.
                                                      (*pro hac vice* granted on July 25, 2013)
9                                                     MARISA A. TRASATTI
                                                      (*pro hac vice* granted on July 24, 2013)
10

11                                               Attorneys   for   Plaintiff/Counter-Defendant,
                                                 SCITON, INC.
12

13                                               THEODORA ORINGHER PC

14

15                                               By:  //ss// Allan L. Schare
                                                      ALLAN L. SCHARE, (SBN 126305)
16
                                                 Attorneys for Defendant/Counter-Plaintiff,
17                                               CLARION MEDICAL TECHNOLOGIES, INC.

18

19

20

21

22

23

24

25

26

27

28

*STATUS REPORT AND STIPULATION RE DISMISSAL; ORDER THEREON*

1

2

### **ORDER**

3

          The Court having considered the Status Report and Stipulation re Dismissal by the Parties

4

hereto, and having been advised by the Parties that the above action has been settled, including all

5

counterclaims, Now, Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

6

          1.          This action is hereby dismissed and each Party is to bear its own costs.

7

          2.          The entry of this Order is without prejudice to the right of either Party to move for

8

good cause within 90 days of the entry of this Order to reopen this action solely to seek further

9

appropriate relief to enforce the terms of the settlement if the settlement is not consummated.

**and the court retains jurisdiction over this matter for that purpose.**

10

          3.          If no party moves to reopen, then the dismissal of this action, including all claims

11

and counterclaims by and between the Parties, shall automatically be deemed to be with prejudice.

12

13

DATED: January 28, 2015

14



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C13-1334 HRL ADR

*STATUS REPORT AND STIPULATION RE DISMISSAL; ORDER THEREON*